DONALD K. PHILLIPS, INDIVIDUALLY AND AS PARENT, NATURAL GUARDIAN AND NEXT FRIEND OF ROBERT SCOTT PHILLIPS, A MINOR, APPELLANT, *v.* LINCOLN COUNTY SCHOOL DISTRICT, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA, RESPONDENT.

No. 8148

WAYNE LEE, INDIVIDUALLY AND AS PARENT, NATURAL GUARDIAN AND NEXT FRIEND OF NANCY J. LEE, A MINOR, APPELLANT, *v.* LINCOLN COUNTY SCHOOL DISTRICT, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA, RESPONDENT.

No. 8149

December 21, 1976                    557 P.2d 707

*Woodburn, Wedge, Blakey, Folsom and Hug,* and *Gordon H. DePaoli,* of Reno, for Appellants.

*Cromer, Barker and Michaelson,* and *James R. Olson,* of Las Vegas, for Respondents.

## OPINION

*Per Curiam:*

The only cognizable issues in these appeals were considered and rejected in State v. Kallio, 92 Nev. 665, 577 P.2d 705 (1976). Accordingly, we affirm.